**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP ANTONIO OWENS, ) | CASE NO. CV 09-07456 PSG (RZ) |
| ) | |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| DEPARTMENT OF JUSTICE, ET AL., ) | |
| ) | |
| Respondents. ) | |

This matter came before the Court on the Petition of PHILLIP ANTONIO OWENS for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: December 21, 2009

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE